# EXHIBIT A



## Everingham & Kerr, Inc.

Merger & Acquisition Advisors focused on the Lower Middle Market

1300 Route 73, Suite 103
Mount Laurel, NJ 08054
(856) 546.6655, Fax: (856) 546.2806
www.everkerr.com

## ENGAGEMENT LETTER

This letter confirms the agreement between Everingham and Kerr, Inc. (the "Consultant") and Caswell Holding Co., Inc., Harry Caswell Inc. and the related hardware store (collectively the "Company"), and its owners, shareholders, members and/or affiliates (collectively the "Client"). The Client agrees to retain Consultant as intermediary and exclusive representative in connection with (i) the sale of the Client's stock or assets of the Company including an investment in the Company, the entering into a strategic alliance, licensing agreement, royalty agreement, joint venture or any other non-prior existing business relationship and may also be in the form of a merger, a refunding, a recapitalization or other corporate restructuring to any person or entity, including existing partners or shareholders, their heirs or assigns and employees or to an employee stock ownership plan and (ii) if connected to the sale of the Company and if commonly-owned, the sale or lease of the facilities *(the "Facilities")*; collectively *(the "Transaction")*.

The Consultant agrees to assemble and assign a team that will make diligent and continued efforts to facilitate the Transaction. In conjunction with this engagement the Client authorizes the Consultant to take the following actions as deemed necessary:

1. Prepare a summary document (the "Summary") to be used in the initial marketing phase. This Summary will be prepared in a confidential and blind format that gives a brief description of the business, and presents the Company in the best possible light in order to maximize the value to be realized by the Client.

2. Prepare, with the assistance of the Client, a more complete descriptive Confidential Business Review (the "CBR") that will provide the information and data necessary for prospective buyers to have a sufficient understanding of the Company's operations, management and financial status in order to facilitate the sale process.

3. Screen and select prospects utilizing the Consultant's proprietary database, in-house research capabilities, as well as affiliated domestic and international networking organizations and will make initial contacts with prospects on a blind confidential basis. The Client agrees that during the term of this agreement any prospective purchaser or other third party approaching the Client directly concerning the possibility of a sale shall be referred to the Consultant. Those prospects expressing preliminary interest shall be required to execute a Confidentiality Agreement. Once interested prospects have executed and returned the Confidentiality Agreements the Consultant shall send the CBR to the prospects. Recipients of the CBR will be asked to determine their degree of interest in acquiring the Company. If there is no further interest the Consultant shall request that the CBR be returned or destroyed. Interested prospects shall be asked to advise the Consultant of their interest including a preliminary range of value, the anticipated transaction structure, and a suggested time frame for closing a transaction. From those expressing interest, a small number will be invited to meet the Client and tour the facilities. Proposals will be requested from those prospects making the visit, following which the Company's buyer (the "Buyer") shall be selected.

Page 2
January 12, 2022

4. Advise the Client as to structure, and assist Client with final negotiations including facilitating and coordinating due diligence, legal documentation and environmental audits to expedite the successful consummation of the Transaction. The Consultant shall not provide specific professional legal, tax, or accounting services which shall be procured by the Client at the Client's sole cost and expense. The Client acknowledges that the Consultant may, in conjunction with its performance in this agreement, at the Consultant's sole cost and expense, utilize the services of companies with which the Consultant has an affiliation.

Upon execution of this Agreement, Client agrees to pay an engagement fee (the "Engagement Fee") of $15,000 for the preparation of the CBR and development of the marketing strategy. Reimbursement of certain out-of-pocket travel expenses may be requested by the Consultant. If any such expenses are anticipated, they will be submitted in advance for pre-approval by the Client.

In the event that a Transaction is consummated during the term of this agreement, the Client agrees to pay a success fee (the "Success Fee") of $100,000 plus 3% of the Total Consideration for the Company and/or for the sale or the lease of the Facilities. This fee will be applicable to all forms of Transactions. Also, if the sale of the Company is divided into multiple business units, and separate Transactions are consummated with different Buyers, the Success Fee shall be calculated separately for each Transaction. The Engagement Fee will be credited towards the Success Fee

The term "Total Consideration" shall mean all value paid (whether in the form of cash or notes) or exchanged by the Buyer in connection with the investment in or acquisition of control (or any part thereof or interest therein) of the Company and/or the sale or lease of the Facilities. Total Consideration shall include, but not be limited to non-competes, assumed liabilities, employment and/or consulting agreements in excess of fair market rates, assets retained by the Client (including, but not limited to normal course of business working capital, accounts receivable and inventory) or any other non-contingent acquisition payment mechanisms, agreed between the Buyer and Client. It is agreed that, if an earn-out, royalty, licensing or other contingent payment method is part of the Transaction; Consultant will receive the Success Fee applicable to this portion of the purchase price as such contingent payment is earned and paid. The non-contingent portion of the Success Fee shall be calculated as of, and paid at the time of closing of the Transaction.

The obligation to pay the Consultant's Success Fee rests with all persons or entities that comprise the Client. In the event that the Client fails to pay any monies owed under the terms of this agreement when due, interest shall begin to accrue on the amount due at twelve percent (12%) per annum. If it becomes necessary for the Consultant to commence a lawsuit to collect any monies owed under the terms of this agreement, the Client shall be responsible for payment of the Consultant's costs of collection, including reasonable attorney's fees. In the event that any Buyer deposits are forfeited, the Client and Consultant shall split the forfeited deposits on a 50/50 basis.

Page 3
January 12, 2022

The term of this agreement shall be twelve (12) months from the date of signing, with automatic six (6) month renewals until the transaction for the Company is concluded. The Client may terminate this agreement by providing written notice to Consultant not less than thirty (30) days prior to the expiration of the initial twelve (12) month term or any of the subsequent six (6) month renewals as applicable. However, if a Transaction takes place within twenty-four (24) months of the termination of this agreement to any buyer who was contacted by the Consultant and/or any existing partners or shareholders, their heirs or assigns and employees or to an employee stock ownership plan, or to any parties that the Client excluded the Consultant from contacting, the Consultant shall be entitled to the above Success Fee.

The Client agrees to indemnify and hold harmless the Consultant and its officers, directors, employees, agents, attorneys and affiliates against any liability, claim or expense, including attorneys' fees, arising out of or in connection with this Agreement except to the extent attributable to the gross negligence or willful misconduct of the Consultant.

The undersigned represents the legal authority to enter into this agreement on behalf of the Company, its shareholders, and the owner(s) of the Facilities.

This Agreement shall be interpreted under and governed by the laws of the State of Delaware. Each party agrees that any controversy, dispute, or claim between the parties arising out of or in connection with this Agreement shall be brought in the courts of the State of Delaware.

Notwithstanding any provision of this Agreement, it is understood and agreed that the Client shall have the sole and absolute right to accept or reject any offer received from a prospective Buyer of the Company including but not limited to the price and other terms and conditions thereof, and that no Success Fee shall be payable to the Consultant unless a Transaction is concluded during the term of this Agreement or within twenty-four (24) months thereafter as contemplated above.

Accepted:

CLIENT:                                             CONSULTANT:

By: _____ Date: 1-17-22    By: _____ Date: January 12, 2022
    Harry Caswell                                       Joseph A. Vanore, Jr., President
    For the Company                                     For the Consultant

By: _____ Date: 1-17-22
    Harry Caswell, Individually

By: _____ Date: 1-17-22
    Lynne Caswell, Individually